UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEROME WASHINGTON,<br><br>                          Plaintiff,<br><br>-against-<br><br>ERIC ADAMS; POLICE COMMISSIONER CITY OF NEW YORK; DIRECTOR OF FDNY AMBULANCE SERVICE; TAMECA SANTINI; RASHID WATTS,<br><br>                          Defendants. | 24cv7928 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the April 14, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

SO ORDERED.

Dated:   November 17, 2025
             New York, New York

                                                   /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                         Chief United States District Judge